UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | Crim. No. 11-783 (RMB) |
| ZEALEETA FRANCIS,<br>    a/k/a "Bags,"<br>    a/k/a "Leet,"<br>SHAWN L. CANNON,<br>    a/k/a "Shark," and<br>JAMES J. HARRIS, III,<br>    a/k/a "Gunplay,"<br>    a/k/a "Smalls" | :<br><br>:<br><br>: | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew T. Smith, Assistant U.S. Attorney), and defendants Zealeeta Francis (by Paul Sarmousakis, Esq.), Shawn Cannon (by Justin T. Loughry, Esq.), and James J. Harris, III (by Richard Sparaco, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that they have a right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Counsel for the defendants require additional time to: (a) review discovery; (b) prepare for the filing of pre-trial motions; (c) prepare the matter for trial; and (d) engage in plea negotiations;

2. The defendants each have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 16th day of April, 2011,

IT IS ORDERED that this action be and hereby is, continued for a period of 120 days;

IT IS FURTHER ORDERED that the period from April 17, 2012, through and including, August 16, 2012 shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the calender for this matter shall be revised as follows:

Pretrial Motions due by:     July 13, 2012
Opposition to Motions due by: July 27, 2012
Motions Hearing Date:        August 17, 2012
Trial Set for:               August 27, 2012

_____
HON. RENÉE MARIE BUMB
United States District Judge

Form and entry
consented to:

_____
Matthew T. Smith
Assistant U.S. Attorney


_____
Paul Sarmousakis, Esq.
Counsel for defendant Zealeeta Francis


_____
Justin T. Loughry, Esq.
Counsel for defendant Shawn Cannon


_____
Richard Sparaco, Esq.
Counsel for James J. Harris, III

Form and entry
consented to:

_____
Matthew T. Smith
Assistant U.S. Attorney

_____
Paul A. Jarmousakis, Esq.
Counsel for defendant Zealeeta Francis

_____
Justin T. Loughry, Esq.
Counsel for defendant Shawn Cannon

_____
Richard Sparaco, Esq.
Counsel for James J. Harris, III

Form and entry
consented to:

_____
Matthew T. Smith
Assistant U.S. Attorney


_____
Paul Sarmousakis, Esq.
Counsel for defendant Zealeeta Francis

*/s/ Justin T. Loughry*        4-13-12
Justin T. Loughry, Esq.
Counsel for defendant Shawn Cannon


_____
Richard Sparaco, Esq.
Counsel for James J. Harris, III

Form and entry
consented to:

_____
Matthew T. Smith
Assistant U.S. Attorney


_____
Paul Sarmousakis, Esq.
Counsel for defendant Zealeeta Francis


_____
Justin T. Loughry, Esq.
Counsel for defendant Shawn Cannon

*/s/ Richard Sparaco*
_____
Richard Sparaco, Esq.
Counsel for James J. Harris, III